IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FATHER JESUS**                                                      **PLAINTIFF**

v.                                            Civil No. 1:22-cv-00209-HSO-BWR

**THE LAMAR COMPANY**                                    **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Order entered this date granting Defendant Lamar Company's Motion [4] to Dismiss,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED with prejudice**.

**SO ORDERED AND ADJUDGED**, this the 18th day of October, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE